**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:  Rowena Jewel,                                                      Case No.: 20-21290-RAM
                                                                                             Chapter 13

_____Debtor,\

**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed mortgage modification Mediator, for the property located at: 20421 NW 10th Ave. Miami, FL 33169, reports to the Court as follows:

**A.** The final Mortgage Modification Mediation ("MMM") conference was conducted on June 3, 2021, and the following parties were present:

1. [ X ] The Debtor, Rowena Jewel, and her attorney, James A. Poe.
2. [ X ] No Co-Obligor was involved with this case.
3. [ X ] The Lender's representatives, Jessica Hunter and Julie O'Hara, and Chase Berger, Lender's counsel.
4. [ ] Other: _____

**B.**    The final MMM conference was scheduled for _____, but not conducted for the following reason:

1. [ ] The parties settled prior to attending.
2. [ ] The case was dismissed.
3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
5. [ ] Other: _____.

**C.**    The result of the MMM conference is as follows:

1. [ ] The parties reached an agreement.
2. [ X ] The parties did not reach an agreement.

Dated: June 3, 2021                                    /s/ Betsy F. Yegelwel

                                                                    Signature of Mediator
                                                                    Print name: Betsy F. Yegelwel, Esq.
                                                                    Address: 2150 SW 13th Avenue
                                                                    Miami, FL 33145
                                                                    Telephone: 305-858-2706
                                                                    Email: Betsy@byeglaw.com

Copies to:
All Parties to the Mediation

LMM-LF-11 (04/01/13)